# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARLON TINANA, AS TRUSTEE FOR MARLON TINANA REVOCABLE TRUST,
Appellant,
vs.
TGIG, LLC, D/B/A THE GROVE WELLNESS CENTER; AND CLARK COUNTY BOARD OF COMMISSIONERS, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA,
Respondents.

No. 71783

**FILED**

MAR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT*

On March 30, 2018, the parties filed a stipulation to dismiss this appeal. Having considered the stipulation, we approve it. This appeal is hereby dismissed, the parties shall bear their own costs and attorney fees. NRAP 42(b). The oral argument of this matter, currently scheduled for April 4, 2018, at 10:30 a.m. in Las Vegas, is therefore vacated.

It is so ORDERED.

_____, C.J.

cc:   Hon. Valerie Adair, District Judge
      Mueller Hinds & Associates
      CV3 Legal
      Reid Rubinstein Bogatz
      Clark County District Attorney/Civil Division
      Eighth District Court Clerk

18-12365